NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ARTEZ HOOKER,                          )
                                       )
            Appellant,                 )
                                       )
v.                                     )        Case No. 2D18-3884
                                       )
STATE OF FLORIDA,                      )
                                       )
            Appellee.                  )
                                       )
_____    )

Opinion filed July 17, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Frank Quesaeda, Judge.

J. Andrew Crawford of J. Andrew Crawford,
P.A., Saint Petersburg, for Appellant.


PER CURIAM.


            Affirmed.


NORTHCUTT, LaROSE, and SALARIO, JJ., Concur.